FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

DEC 2 1 2018

BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Premises known as 3019 Dunmire Drive, Murfreesboro,<br>TN 37129, and vehicles registered to DONALD M.<br>McCOY or MARTY McCOY | )<br>)<br>)  Case No. **18 MJ-1265**<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     **Middle**     District of     **Tennessee**
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before     **December 25, 2018**     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     **Judge Barbara D. Holmes, U.S. Magistrate Judge**     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     December 11, 2018 at 2:03 pm     _____
                                                                                                                *Judge's signature*

City and state:     Nashville, Tennessee          Judge Barbara D. Holmes, U.S. Magistrate Judge
                                                                                                   *Printed name and title*

# Return

| Case No.: 18 MJ-1265 | Date and time warrant executed: 12/13/18 at 9:30 AM | Copy of warrant and inventory left with: Donald M. McCoy |
|---|---|---|

Inventory made in the presence of: Special Agent Ashley Nelson (TBI)

Inventory of the property taken and name of any person(s) seized:

See attached Receipt for Property Seized (3 pages)

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/21/18 ~~12/14/18~~ NS

_Executing officer's signature_

N.B. Sims, U.S. Postal Inspector
_Printed name and title_

## Attachment A

The Target Premises: 3019 Dunmire Drive, Murfreesboro, TN 37129 and vehicles registered to DONALD M. McCOY or MARTY McCOY

3019 Dunmire Drive, Murfreesboro, TN 37129, is a brick and vinyl two-story single-family residence. The Target Premises is the fifth house on the left when coming from Powells Chapel Road. The front door is dark in color. The home has a porch on the right front of the building and a white overhead garage door located on the left side of the residence. The driveway is concrete and travels along the left edge of the property. The roof is grey. The mailbox is a red brick mailbox at the edge of the street and the driveway, on the left side of the driveway.



Additionally, vehicles found on the property owned by or registered to DONALD M. McCOY or MARTY McCOY, including: a white 2010 Nissan Titan pickup truck displaying TN Tag 623XTS registered to Marty McCoy (the "Nissan Titan"); a red 2016 Dodge Challenger displaying TN Tag 3B07R1 registered to Donald M. McCoy (the "Dodge Challenger"); a 2015 Nissan Quest Minivan displaying TN Tag T8571K, registered to Donald M. McCoy and Mary McCoy (the "Nissan Quest").

## Attachment B

## ITEMS TO BE SEIZED

1. All records relating to violations of Title 18 U.S.C. § 1343 and 1347, those violations involving **DONALD McCOY** and occurring after January 1, 2014, including:

   a. With regard to the patient records:

      i. Complete original patient records and billing information, including but not limited to: patient charts, clinical records, progress notes, lab prescriptions, lab invoices, superbills, fee tickets, encounter forms, routing slips, and similar documents; patient bills, invoices, insurance claims, insurance coverage, explanation of benefits, copies of checks or electronic transfers of payment, billing and payment records, patient ledgers or account cards; all schedule books, calendars, appointment books, patient sign-in logs or sheets and similar records;

      ii. All correspondence relating to the patients; and

      iii. Any and all agreements with patients.

   b. Records relating to TennCare, BCBST and any private insurance provider, and any managed care organization, including but not limited to:

      i. all documents and records reflecting general TennCare policies, including correspondence from TennCare and private insurance services;

      ii. all documents and records reflecting general BCBST policies, including correspondence from BCBST and private insurance services;

      iii. transmittals to TennCare, BCBST, and private insurance:

      iv. TennCare, BCBST, and private insurance memoranda:

      v. Billing guidance for the TennCare, BCBST, and private insurance programs;

      vi. Contracts with TennCare, BCBST, and private insurance programs.

1

c. Coding and billing manuals, including CPT Manuals or similar coding manuals or binders.

d. Any other documents, records and items that relate, in any way, to general psychological, mental health, or psychotherapy coding or billing.

e. Indicia of ownership, possession, control or occupancy of the premises or vehicles searched by **DONALD McCOY**, including vehicle registration, incorporation records, business licenses, occupancy permits, utility and telephone bills, mail, rental or purchase agreements, and keys;

f. From the period of January 1, 2014, to the present, any and all currency, ledgers, invoices, receipts, accounting documents, bank statements and related records, bank passbooks and checks, credit card statements and receipts, money orders, wire transfers and transaction records, facsimile transmittals, letters of credit, bank money wrappers, tax returns and other tax records, safe deposit box or storage units keys, rental agreements and records, and other items evidencing the obtaining, secreting, transfer, concealment and/or expenditure of money by and on behalf of **DONALD McCOY**.

g. Surveillance cameras, monitors, recording devices, related paraphernalia and surveillance videos;

h. Computers and storage media.

   i. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

   ii. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing

2

history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

iii. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

iv. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

v. evidence of the times the COMPUTER was used;

vi. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

vii. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

viii. records of or information about Internet Protocol addresses used by the COMPUTER;

ix. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

x. contextual information necessary to understand the evidence described in this attachment.

i. As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

3

j.  The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, servers, computers, and network hardware, and all software stored or accessed by such devices.

k.  The term "storage medium" includes any physical object upon which computer data can be recorded. Examples included hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

The government is specifically authorized to seize all computers and storage media located on the premises described in Attachment A. The government is further authorized to search such seized computers and storage media, both on-site and off-site by whatever means available to it, for the items sought in this warrant.

4

# Tennessee Bureau of Investigation

## Receipt for Property Received/Returned/Released/Seized

On (date) 12/13/18
At (time) 7:00 pm
(Name) Donald M McCoy
(Location) 3019 Dunmire Drive
Murfreesboro TN 37129

Item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

| ITEM# | DESCRIPTION |
|---|---|
| 1 | HP Pavilion Laptop Computer - SN 5CD8283L3J - MODEL # 17AR050WM |
| 2 | HP Envy - Desktop - Serial # - MXX6241D3C - Product # - NOA87AA#ABA |
| 3 | Iphone - 1MC1=353258077560503 |
| 4 | Financial Documents |
| 5 | Bank Information & Tax Documents |
| 6 | Torn-not shredded - PHI information and question / answer sheets of professional person, BCBS information and Federal form - all torn-not shredded |
| 7 | HP Envy Laptop Computer- SN - 5CG6385L3Y - Model # - m7-u109DX |
| 8 | LG Tablet - SN 511CQFT699571 |
| 9 | Iphone - IMEI: 353341070848149 |
| 10 | I Pad |
| 11 | Flash Drive |
| 12 | Iphone |
| 13 | I Phone SE |
| 14 | Samsung Galaxy |
| 15 | Bank of America Check Books |
| 16 | Patient Files - Per attached list |
| 17 | Flash Drive - ResMed - SD HC |
| 18 | Financial Documents |
| 19 | Tax Returns - Years 2013 - 2017 |
| 20 | Dr. McCoy's Resume |
| 21 | Financial & travel documents |
| 22 | Bank of America Statements w/ TennCare Payments |
| 23 | Black Sony thumbdrive |

| ITEM# | DESCRIPTION |
|---|---|
| 24 | USAF wallet with cards belonging to Harry Dodson |
| 25 | Folder labelled "Cash Current 2017" w/emails, resume, and handwritten notes |
| 26 | Luggage tag from suitcase |
| 27 | Airline documents - tax documents - misc |
| 28 | 2009 Quest Documents |
| 29 | Availity documents |
| 30 | Folder labelled - "Composition Notebook w/ Passwords and 2 Spiral notebooks" |
| 31 | Travel Info |
| 32 | Folder - billing details / user names |
| 33 | ICD - 10 documents |
| 34 | 2018 Calendar |
| 35 | Claim estimates w/patient notes |
| 36 | Professional Remittances Invoices |
| 37 | Blue Cross Enrollment Info |
| 38 | Dodson Estate Information |
| 39 | SD Card in Camera |
| 40 | Travel Information |
| 41 | TennCare Audit Documents |
| 42 | Highway Patrol Ticket |
| 43 | Police Reports |
| 44 | Licensure Information |
| 45 | Blue Care Paperwork |
| 46 | Bank Information |
| 47 | Patient Information - Enrollment Documents |
| 48 | McCoy Medical Records - Stone Crest Medical Center - 2014 |
| 49 | Small black zipper case containing - one (1) 128 mb SD card - 2 - 256 mb SD cards, three (3) 512 mb SD cards, 4 - 2 GB SD cards, one - 4GB SD card and one 8 gb SD card |
| 50 | 2016 Tax Documents |
| 51 | Clear ziploc bag w/ the following: 2 - 4 GB SD cards, one - 16 GB SD card and one - 128 mb SD card |
| 52 | Account 4217 - Check Book - # 106 - 125 |

| ITEM# | DESCRIPTION |
|---|---|
| 53 | Total Cash - $ 5,098 - 17 - $100 = $1,700 / 1 - $50 = $50 / 117 - $20 = $2,340 / 38 - $10 = $380 / 57 - $5 = $285 / 2 - $2 = $4 / 339 - $1 = $339 |

(END OF LIST)     Total of 53 Item(s) Listed

This is to certify that Special Agent(s) of the Tennessee Bureau of Investigation, at the time of conducting a search of my person and/or the property (3019 Dunmire Drive Murfreesboro TN 37129) obtained the above listed items. I further certify that the above represents all that was obtained by Special Agent(s) of the Tennessee Bureau of Investigation.

_____
Signature

Witnessed: _____
Special Agent
Tennessee Bureau of Investigation

_____
Special Agent   U.S. Postal Inspector
Tennessee Bureau of Investigation