IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| THE MATTER OF THE SEARCH OF Premises known as 3019 Dunmire Drive, Murfreesboro, TN 37129, and vehicles registered to DONALD M. McCOY or MARTY McCOY | Case No. 18-MJ-1274<br>Magistrate Judge Holmes |

**ORDER**

The Affidavit in Support of Search Warrant 18-MJ-1265 and Search Warrant 18-MJ-1265 are hereby unsealed.

So ORDERED this 20th day of December, 2018.

Barbara D. Holmes
United States Magistrate Judge